**WO**  RP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adell Henderson, | No. CV-03-1966-PHX-RCB (SLV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael K. Jeanes, | |
| Defendant. | |

Pending before this Court is Plaintiff's "'Grievance Motion For Equal Ac[c]ess to Justice Act' For Monetary Sanctions Case D-AZX-2-03-CV001966-001 Docket No. 9" (Document #10) (Motion For Sanctions), filed October 27, 2005. In his Motion For Sanctions, Plaintiff "moves for permission to proceed [with] this Motion for Sanctions following new evidence contrary to Court[']s pas[t] decision stating that petitioner had file[d] a frivolous motion in § 1983 and charged the full total of one hundred and fifty dollars." (Motion For Sanctions at 1).

By Order filed December 4, 2003 (Document #5), the Complaint and this action were dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Judgment was entered on December 4, 2003 (Document #7) as well.

On June 6, 2005, Plaintiff filed a "Motion to Withdraw Remove and Delete"

- 1 -

1  (Document #8) (Motion), which the Court denied as moot by Order filed July 7, 2005
2  (Document #9). The Court's July 7, 2005 Order also ordered Plaintiff not to file any further
3  documents in this closed case. Three (3) months later, Plaintiff defied the Court's Order and
4  filed the instant Motion For Sanctions. Accordingly, the Court will direct the Clerk of the
5  Court to strike Plaintiff's Motion For Sanctions from the record of this case.

6  The Court notes that Plaintiff appears to be under the impression that someone other
7  than himself has filed an appeal in this case. This is incorrect. The docket in this case does
8  not indicate that any notice of appeal was ever filed in this case.

9  **IT IS THEREFORE ORDERED**:

10  (1) That the Clerk of the Court is DIRECTED TO STRIKE Plaintiff's "'Grievance
11  Motion For Equal Ac[c]ess to Justice Act' For Monetary Sanctions Case D-AZX-2-03-
12  CV001966-001 Docket No. 9" (Document #10) from the record of this case;

13  (2) That Plaintiff SHALL NOT FILE any further documents in this closed case.

14  DATED this 8th day of May, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -